UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON WALKER,

                Petitioner,                Case No. 2:19-cv-11806
                                                          Hon. Terrence G. Berg

v.

WARDEN,

                Respondent.
_____/

## JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability and permission to appeal in forma pauperis are **DENIED**.

Dated at Detroit, Michigan:   October 31, 2019

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT
                                                        s/A. Chubb
                                                        Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE